■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD PALMER, Appellant. [635 NYS2d 646] —Motion by the appellant, in effect, to reinstate a decision and order on motion of this Court dated June 23, 1995, which granted the appellant's motion for leave to file a *pro se* supplemental brief on an appeal from a judgment of the Supreme Court, Kings County, rendered March 30, 1993. The decision and order on motion dated June 23, 1995, was recalled and vacated by decision and order on motion of this Court dated September 13, 1995.

Upon the papers filed in support of the motion and no papers having been filed in opposition thereto, it is

Ordered that the motion is denied. Miller, J. P., O'Brien, Pizzuto and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD PENDER, Appellant. [635 NYS2d 535] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered July 6, 1994, convicting him of criminal possession of a weapon in the second degree and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People's witnesses should not have been believed by the jury because testifying against the defendant was in their own best interest. However, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80, 83). Miller, J. P., O'Brien, Pizzuto and Krausman, JJ., concur.